**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DENISE M. SMALLS, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:09-CV-0011-JRG-RSP |
| | § | |
| LONNIE PILGRIM, ET AL. | § | |

## ORDER

The Clerk is directed to close this case in view of the Final Judgment entered in 2:08-CV-472, Patterson, et al. v. Pilgrim, et al. (Dkt. No. 203).

**SIGNED this 17th day of May, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE